

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA BROWN,
    Plaintiff,
v.                                  CIVIL NO. 09-3747

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

## ORDER

AND NOW, this 4th day of November, 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review [Doc. No. 8], Defendant's Response [Doc. No. 14], Plaintiff's Reply [Doc. No. 15], Magistrate Judge Rueter's Report & Recommendation [Doc. No. 16], Plaintiff's Objections thereto [Doc. No. 17], Defendant's Response [Doc. No. 18], and a review of the Record in the above-captioned matter, and for the reasons set forth in the attached Memorandum Opinion, the Court hereby **ORDERS** as follows:

1. Plaintiff's Objections are **OVERRULED**;

2. The Report and Recommendation is **ADOPTED** in part and **REJECTED** in part;

3. The decision of the Commissioner of Social Security is **AFFIRMED**;

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.